| | |
|---|---|
| 1  THOMAS P. O'BRIEN | |
|    United States Attorney | |
| 2  CHRISTINE C. EWELL | JS - 6 |
|    Assistant United States Attorney | |
| 3  Chief, Criminal Division | |
|    STEVEN R. WELK | |
| 4  Assistant United States Attorney | |
|    Chief, Asset Forfeiture Section | |
| 5  P. GREG PARHAM | |
|    California Bar No. 140310 | |
| 6  Special Assistant United States Attorney | |
|    Asset Forfeiture Section | |
| 7      Federal Courthouse, 14th Floor | |
|        312 North Spring Street | |
| 8      Los Angeles, California 90012 | |
|        Telephone: (213) 894-0304 | |
| 9      Facsimile:  (213) 894-7177 | |
|        E-Mail: Greg.Parham@usdoj.gov | |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CV 05-8016 ODW(SSx) |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $242,882.00 IN U.S. | ) | **FORFEITURE** |
| CURRENCY, $229,899.23 IN | ) | |
| WELLS FARGO BANK FUNDS, | ) | |
| $500,920.34 IN WELLS FARGO | ) | |
| BANK FUNDS, $425,419.45 IN | ) | |
| WELLS FARGO BANK FUNDS, | ) | |
| $21,199.56 IN WELLS FARGO | ) | |
| BANK FUNDS, AND $36,691.18 | ) | |
| IN WELLS FARGO BANK FUNDS, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| LARRY KRISTICH, SPARKY | ) | |
| WILSON ROSE, AND | ) | |
| COMPASSIONATE CAREGIVERS, | ) | |
| INC., | ) | |
| | ) | |
| Claimants. | ) | |
| ———————————————— | ) | |

    This action was filed on November 9, 2005. Notice was given and published in accordance with law. Larry Kristich, Sparky Wilson Rose, and Compassionate Caregivers, Inc. ("claimants") filed verified statements of interest on December 14, 2005 and an answer on February 3, 2006. No other statements of interest or answers have been filed, and the time for filing such statements and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant funds described below other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $242,882.00 in U.S. currency, $229,899.23 in Wells Fargo Bank funds, $500,920.34 in Wells Fargo Bank funds, $425,419.45 in Wells Fargo Bank funds, $21,199.56 in Wells Fargo Bank funds and $36,691.18 in Wells Fargo Bank funds (collectively referred to as "the defendant funds"), plus all interest earned by the government on the full amount of the defendant funds, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered

|   |   |   |
|---|---|---|
| 1 |   | to dispose of said assets in accordance with law. |
| 2 | 4. | Claimants hereby release the United States of America, it agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration and Los Angeles Police Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants. |
| 10 | 5. | Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendant funds can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure. |
| 15 | 6. | The Court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |

Dated:   March 18, 2008

_____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

[Signatures of counsel are on the following page.]

```
 1 | **Approved as to form and content:**
 2 | Dated:              , 2008        THOMAS P. O'BRIEN
   |                                   United States Attorney
 3 |                                   CHRISTINE C. EWELL
   |                                   Assistant United States Attorney
 4 |                                   Chief, Criminal Division
   |                                   STEVEN R. WELK
 5 |                                   Assistant United States Attorney
   |                                   Chief, Asset Forfeiture Section
 6 |
   |                                   _____
 7 |                                   P. GREG PARHAM
   |                                   Special Assistant United States Attorney
 8 |                                   Asset Forfeiture Section
 9 |                                   Attorneys for Plaintiff
   |                                   United States of America
10 |
   | Dated:              , 2008
11 |
   |                                   _____
12 |                                   DAVID M. MICHAEL
   |                                   Attorney for Claimants
13 |                                   LARRY KRISTICH
   |                                   SPARKY WILSON ROSE
14 |                                   COMPASSIONATE CAREGIVERS, INC.
```

4